AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                    Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Raymond Glover | ) | Case No.   21-mj-609 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)     The defendant must not violate federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:     U.S. District Court for the District of Columbia, 333 Constitution Ave NW, WDC
                                                                            *Place*
                                                            Date and Time to be Determined.

on     _____
                                                            *Date and Time*

If blank, defendant will be notified of next appearance.

(5)     The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release

Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ✓ )  (6)   The defendant is placed in the custody of:

Person or organization    Grace Contee (aunt) and Sarita Contee (cousin)

Address *(only if above is an organization)* _____

City and state _____    Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed:  Sworn to by both custodians on the record.                 11/15/2021
_____          _____
               *Custodian*                                 *Date*

( ✓ )  (7)   The defendant must:

( ✓ )  (a)  submit to supervision by and report for supervision to the   DC PTS                     ,
             telephone number _____ , no later than _____ .
( ☐ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☐ )  (d)  surrender any passport to: _____
( ☐ )  (e)  not obtain a passport or other international travel document.
( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel: _____

( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ✓ )  (k)  not possess a firearm, destructive device, or other weapon.
( ✓ )  (l)  not use alcohol ( ✓ ) at all ( ☐ ) excessively.
( ✓ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ✓ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
          ( ☐ )  (i)   **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
          ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
          ( ✓ )  (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
          ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.
                        **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                           Page __3__ of __4__ Pages

═══════════════════════════════════════════════════════════════════════════

## ADDITIONAL CONDITIONS OF RELEASE

( ✓ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
       ( ✓ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
       (  ) (ii)   Voice Recognition; or
       (  ) (iii)  Radio Frequency; or
       (  ) (iv)  GPS.

(  )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(  )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ✓ )  (t)  Comply with all conditions outlined in the Addendum to this Order.

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

      While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

      It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

      If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

      A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

      I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Sworn on the Record
_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

(   )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___11/15/2021___                              _____
                                                              *Judicial Officer's Signature*

                                                   Zia M. Faruqui, United States Magistrate Judge
                                                   _____
                                                              *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-mj-609 (ZMF)** |
| **RAYMOND GLOVER,** | |
| **Defendant.** | |

## ADDENDUM

I.     **In addition to the release conditions included in the Order Setting Conditions of Release, Defendant shall comply with the following conditions of release:**

1.  Defendant is prohibited from having any contact with any minor. No minors are permitted in the assigned residence.

2.  Defendant is not to have access to a phone or any communication device of any kind.

3.  Defendant shall not have access to, or use of, any electronic devices capable of accessing the internet or displaying images.

4.  Defendant shall not access the internet or seek/obtain any images or videos of minors.

5.  Defendant shall not have access to, or use of, any photography or image-capturing devices.

6.  Defendant is not to have contact with any visitors.  He shall stay in his room whenever there is a visitor present in the assigned residence.

7.  Defendant may use electronic devices with access to the internet only when necessary for court hearings, meetings with counsel, medical appointments, or as directed by the Pretrial Services Agency for the District of Columbia ("PSA").  At all times that Defendant is using an electronic device for such purpose, Defendant's third-party custodian(s) must continuously monitor Defendant.

II.   **To ensure Defendant's compliance with the conditions of his release, the third-party custodians shall:**

1.  Monitor Defendant in accordance with all conditions in this order and addendum.  Ms. Sarita Contee shall act as an additional third-party custodian.  Ms. Sarita Contee shall be at the assigned residence on Monday through Friday from 8:30 a.m. to 4:00 p.m. Ms. Sarita Contee must also visit the residence at least one time each Saturday and Sunday.

2.  Ensure there are no computers, no "smart" devices, and no internet access (including wi-fi) in the residence.

3.  Ensure at least one third-party custodian is present at all times Defendant is in the assigned residence.

4.  Ensure that the Defendant has no access to any cell phone or electronic device capable of access the internet or displaying images, including those owned by the third-party custodians.

5.  Keep their cell phones and any other electronic devices on their person at all times. When sleeping, Ms. Grace Contee must keep her cell phone within three feet of her person.

6.  Create new, minimum 6-character passwords for their "smart" phones.  Where possible, those passwords shall include a capital letter, a number, and a special character. The third-party custodians shall not share those passwords with anyone or write down the passwords.

7.  Enable automatic factory-reset after multiple failed login attempts on their "smart" phones.

8. Require all visitors prior to entering the home to surrender their cell phones and any other electronic devices to the third-party custodians.

9. Search all visitors entering the home to ensure cell phones and other electronic devices are turned over to the third-party custodians.

10. Ensure that no visitors meet with the Defendant.

11. Both independently conduct at least one daily random search of the Defendant and his room to ensure that he is not in possession of any electronic devices or images/videos of minors.

12. Monitor Defendant's activity and report any violations to PSA, the Court, and local law enforcement authorities.

13. Seek and obtain permission from PSA prior to obtaining any new electronic devices.

14. Remove the bedroom door from Defendant's bedroom.

15. Notify the Court within twenty-four hours if they expect that Ms. Sarita Contee will no longer be able to maintain her third-party custodial obligations.