# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-mj-609 |
| **Raymond Glover** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney April Nicole Russo, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully Submitted,

        MATTHEW GRAVES
        UNITED STATES ATTORNEY D.C.
        D.C. Bar No. 481052

BY:   */s// April Nicole Russo*
        April Nicole Russo
        PA Bar: 313475
        Assistant United States Attorney
        555 4th Street, N.W., Rm 4110
        Washington, D.C. 20530
        202-252-1717
        April.russo@usdoj.gov