UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>RAYMOND GLOVER,<br><br>    Defendant. | Case No. 21-MJ-609 (RMM) |

## MOTION TO RECONSIDER
## PRE-TRIAL INCARCERATION

  Mr. Raymond Glover respectfully moves this Honorable Court to reconsider his pre-trial incarceration, and place him in the High Intensity Supervision Program (HISP) under the custody of his mother, Bridgett Glover. Mr. Glover incorporates, as part of this motion, all arguments presented to the Court in his previous motion for release. *See* ECF Nos. 12; 21.

  On November 15, 2021, following a thorough and thoughtful hearing, Magistrate Judge Faruqui concluded that Mr. Glover should be released, however, under a number of stringent conditions. *See* ECF No. 18. After a government appeal, the Magistrate Court's order was reversed. At the time, Mr. Glover proposed living with his aunt and cousin, who would stay at the home part-time. The order of detention cited, among other things, health issues with Mr. Glover's aunt, who was in remission from cancer, and her lack of technological sophistication as barriers for release. There were also internet capable devices in the home.

Since then, Mr. Glover's mother obtained a new apartment in order to facilitate her son's placement in her custody. The home is completely devoid of internet or Wi-Fi. The only internet capable device in the home is a password protected personal cell-phone. Ms. Glover, however, is willing to exchange her cell-phone for one that does not have any access to the internet—making it impossible to access the internet from the home. Additionally, Mr. Glover's aunt, Kim, will serve as a secondary third party custodian. Kim Glover has a background in information technology, which gives her the requisite knowledge to ensure Mr. Glover is compliant with all conditions of release.

Mr. Glover has no objection to any of the strict conditions of release previously imposed—which include, among others, 24 hour home incarceration, the presence of a third party custodian in the home at all times, and removal of Mr. Glover's bedroom door. *See* ECF No. 18. Mr. Glover has been incarcerated for over six months. His incarceration has been marked by overly-punitive conditions where 23 hour lockdowns are the norm; basic things like personal hygiene is seen as a luxury; and cells are filled with insects. It is clear Mr. Glover has a perfect understanding of what is at stake if he were to violate even the simplest condition.

Accordingly, Mr. Glover respectfully requests the Court place him in the High Intensity Supervision Program under the custody of two third party custodians who will ensure his compliance with any and all conditions imposed by the Court.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

*/s/*
Jose A. German
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
202-664-4458